IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **BOBBY EARL KEYS,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action Number 01-C-2725-E |
| **WARDEN MARTHA JORDAN,** | ) ) ) | |
| Defendant. | ) | |

ENTERED
DEC 1 2 2002

## MEMORANDUM OF OPINION

The Court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections filed by the Petitioner. The Court has reached an independent conclusion that the Report and Recommendation are due to be adopted and approved.

The Court hereby adopts and approves the findings and recommendation of the Magistrate Judge as its own.

In accordance with the Recommendation, the Petition for a Writ of Habeas Corpus is due to be dismissed. An appropriate order will be entered.

Done this _____ day of December, 2002.

Chief United States District Judge
U.W. Clemon

